UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA　　§
　　　　　　　　　　　　　　　§
vs.　　　　　　　　　　　　　§　　NO:  AU:26-CR-00054(1)-ADA
　　　　　　　　　　　　　　　§
(1) JOSE CAMPUZANO-MONDRAGON　§

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed February 3, 2026, wherein the defendant (1) JOSE CAMPUZANO-MONDRAGON waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JOSE CAMPUZANO-MONDRAGON to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) JOSE CAMPUZANO-MONDRAGON 's plea of guilty to Count One (1) is accepted.

Signed this 18th day of February, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE